

**R1 MEDICAL FINANCIAL SOLUTIONS**

| Guarantor Name | Guarantor Number | Statement Date | PAYMENT DUE |
|---|---|---|---|
| TARA LARKE | 500034330 | 12/27/2020 | $562.40 |

Total Charges  $1,406.00
Total Payments  $0.00
Total Adjustments  -$843.60
Your Current Balance  $562.40

| PATIENT NAME | ACCOUNT NUMBER | PRIMARY/ SECONDARY INSURANCE | DATE OF SERVICE | LOCATION | SUMMARY | AMOUNT |
|---|---|---|---|---|---|---|
| HOSPITAL Simeon Kirilov Mladelov | 95200054627 | Liability/bodily Injury | 8/11/2020 | AMITA Health Saint Joseph Hospital Chicago | Emergency Room | $1,046.00 |
| | | | | | Radiology - Diagnostic | $360.00 |
| | | | | | Total Charges | $1,406.00 |
| | | | | | Patient Payments | $0.00 |
| | | | | | Insurance Payments | $0.00 |
| | | | | | Total Adjustments | -$843.60 |
| | | | | | PAYMENT DUE | $562.40 |

**TOTAL PAYMENT DUE: $562.40**

BILLING QUESTIONS OR CONCERNS?
Please contact us at:
Phone: **833-272-7582**
Hours: **Mon-Thu: 8:00am - 8:00pm CST**
**Fri: 8:00am - 3:30pm CST**
**Sat: 9:00am - 1:00pm CST**

You may receive bills from other providers.
Please contact them directly.

IF WE DO NOT HAVE YOUR INFORMATION, OR IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE...

**PATIENT INFORMATION**
Your Name (Last, First, Middle Initial)   Date of Birth
Address
City   State   Zip
Telephone
( )
Social Security
Employer's Name   Telephone
( )
Employer's Address
City   State   Zip
Please Indicate if Applicable:
☐ AUTO ACCIDENT
☐ WORKER'S COMPENSATION

**INSURANCE INFORMATION**
Primary Insurance Company Name
Address
City   State   Zip
Telephone
( )
Policy Number   Group Number
Secondary Insurance Company Name
Address
City   State   Zip
Telephone
( )
Policy Number   Group Number



EXHIBIT 1


**R1** MEDICAL FINANCIAL SOLUTIONS

| Guarantor Name | Guarantor Number | Statement Date | PAYMENT DUE |
|---|---|---|---|
| TARA LARKE | 500034330 | 12/27/2020 | $562.40 |

**Amount Due: $562.40**
**Date of Service: 8/11/2020**

Dear TARA LARKE,

You have an active balance of **$562.40** with **AMITA Health**. To assist you in resolving this balance, **AMITA Health** has sent your account to Medical Financial Solutions. The amount due of **$562.40** is not currently in default but it is very important that we hear from you.

**AMITA Health** values you as a patient and would like to help you resolve this unpaid balance. If you are unable to remit payment in full at this time, please contact Medical Financial Solutions to discuss resolution options that may be available to you:
- Payment Arrangement
- Apply Insurance
- Financial Assistance

Please call Medical Financial Solutions at **833-272-7582** or remit payment using the payment coupon below. Our office hours are listed at the bottom of this letter. If payment in full was sent before the date of this letter, please disregard this request and accept our gratitude.

**AMITA Health** has a Financial Assistance Policy for those who qualify; you may call **833-272-7581** or visit https://www.amitahealth.org/patient-resources/pay-your-bill/financial-assistance/ to learn more.

Sincerely,
Medical Financial Solutions
**833-272-7582**

Unless you notify Medical Financial Solutions within 30 days of receiving this notice that you dispute the validity of the amount owed, or any portion thereof, we will assume the amount owed to be valid. If you notify Medical Financial Solutions in writing within the 30-day period that you are disputing this amount owed, we will provide you with verification of your outstanding balance via U.S. mail service.

---

Inbound and outbound calls may be monitored or recorded for quality purposes.

Phone: 833-272-7582  •  Hours: Mon-Thu: 8:00am - 8:00pm CST; Fri: 8:00am - 3:30pm CST; Sat: 9:00am - 1:00pm CST
Send Correspondence to: PO Box 50871, Kalamazoo, MI 49005

---

Detach this coupon and return with your payment.  ☐ Check if address/insurance changes are on back.

**R1** MEDICAL FINANCIAL SOLUTIONS

PO Box 1259, Dept 149882
Oaks, PA 19456

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | IF AMOUNT PAID IS NOT INDICATED, PAYMENT WILL BE PROCESSED FOR THE CURRENT BALANCE |
|---|---|
| ☐ VISA ☐ ☐ ☐ ☐ | |
| CARD NUMBER | EXP. DATE  AMOUNT |
| SIGNATURE | |

| STATEMENT DATE | PAY THIS AMOUNT | GUARANTOR NO. |
|---|---|---|
| 12/27/2020 | $562.40 | 500034330 |
| PAYMENT DUE DATE | SHOW AMOUNT PAID HERE | |
| Payment Due | $ | |

TARA LARKE
1379 W GREENLEAF AVE APT 2S
CHICAGO IL 60626-2928

AMITA Chicago Hospitals Network
PO Box 74008843
Chicago, IL 60674-8843

R000000500034330000000562405